# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| **Martin Vidal Santillan,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:23-cv-00146-KDB |
| | ) | 5:18-cr-00048-KDB-SCR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2023 Order.

September 18, 2023

Katherine Hord Simon, Clerk
United States District Court